**ROANNE L. MANN**  **DATE:** February 2, 2022
**UNITED STATES MAGISTRATE JUDGE**  **START:** 11:00 a.m.
 **END:**  11:45 a.m.

**DOCKET NO:** 18-cv-6011 (RLM)

**CASE:** Rosa et al v. Central Medical Services of Westrock, P.C. et al

| | |
|---|---|
| ☐ INITIAL CONFERENCE | ☐ FAIRNESS HEARING |
| ☐ DISCOVERY CONFERENCE | ☐ FINAL/PRETRIAL CONFERENCE |
| ☐ SETTLEMENT CONFERENCE | X TELEPHONE CONFERENCE |
| X PRE MOTION HEARING | ☐ INFANT COMPROMISE HEARING |

**PLAINTIFF**  **ATTORNEY**

| | |
|---|---|
| | Michael Taubenfeld |
| | |

**DEFENDANTS**  **ATTORNEY**

| | |
|---|---|
| | V. Jonas Urba |
| | |

☐  **FACT DISCOVERY TO BE COMPLETED BY** _____
☐  **SETTLEMENT CONFERENCE SCHEDULED FOR** _____
☐  **JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY** _____
☐  **PL. TO SERVE DEF. BY:**_____   **DEF. TO SERVE PL. BY:**_____

**RULINGS:** **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

The Court holds a telephonic pre-motion conference re [49] plaintiff's request to move to reopen the case.   Plaintiff Jacie Williams' request to reopen this case to enforce the settlement is denied for the reasons stated on the record, in that defendants fully performed their obligations under the Settlement Agreement when they delivered payment of the settlement sums to plaintiffs' counsel in the form of cashier's checks.  See Isler v. Fisher, 1989 WL 94341, at *1 (S.D.N.Y. Aug. 1, 1989).   The Court further finds that a Rule 11 motion directed at plaintiffs' counsel is inappropriate under the circumstances.